O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA ARQUETTE, ) | Case No. EDCV 09-02295-OP |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with the Memorandum Opinion.

DATED: November 24, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge